# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Isaiah Owens, LLC | CASE NO.: 20–10507–dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 80–0324987 | CHAPTER: 11 |

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021              Vito Genna
                                  Clerk of the Court