# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 03/01/2021 |
| Case: 20−10507−dsj | Form ID: 144 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Charles E. Simpson | csimpson@windelsmarx.com |
| aty | Shannon Anne Scott | shannon.scott2@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Isaiah Owens, LLC | 110 South 14th Avenue   Mount Vernon, NY 10550 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101−7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551   Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038 |
| 7683373 | 216 Lenox Ave Funding, Inc. | 875 Mamaroneck Avenue   Suite 401   Mamaroneck, NY 10543 |
| 7695912 | Internal Revenue Service | Post Office Box 7346   Philadelphia, PA 19101−7346 |
| 7683374 | NYC Dept of Finance | 59 Maiden Lane   19th Floor   Agreement Section   New York, NY 10038 |

TOTAL: 9